**PARIS ACKERMAN & SCHMIERER LLP**
Ross H. Schmierer, Esq.
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-6667
ross@paslawfirm.com

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq.
(*Pro Hac Vice Pending*)
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Telephone: (877) 206-4741
tfriedman@attorneysforconsumers.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| RICHARD MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SMILES AT SEA LLC d/b/a SMILES AT SEA and FREQUENCY RISING d/b/a ADMAXMARKETING.COM,<br><br>Defendants. | Case No.: 3:15-cv-06996-FLW-DEA<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Richard Marcus hereby voluntarily dismisses this action against the defendants Smiles at Sea LLC d/b/a Smiles at Sea and Frequency Rising d/b/a AdMaxMarketing.com, pursuant to the Federal Rules of Civil Procedure 41(a)(l)(A)(i).

        **PARIS ACKERMAN & SCHMIERER LLP**

By:   *s/Ross H. Schmierer*_____
      Ross H. Schmierer, Esq.
      103 Eisenhower Parkway
      Roseland, NJ 07068
      (T): (973) 228-6667
      (F): (973) 629-1246
      ross@paslawfirm.com